

May-30-06 09:13A BULLOCK CO. CIRCUIT CLERK 334 738 2282    P.02

EXHIBIT A