IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PERRY | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.:_____ |
| FLEETWOOD ENTERPRISES, INC., And FLEETWOOD HOMES OF GEORGIA, INC., and Fictitious Defendants "A', "B", and "C", | * * * | |
| Defendants. | * | |

### AFFIDAVIT OF TODD UHLICK

**STATE OF CALIFORNIA )**

**COUNTY OF RIVERSIDE )**

BEFORE ME, the undersigned authority, personally appeared Todd J. Uhlick, being by me first duly sworn, doth depose and say as follows:

"My name is Todd J. Uhlick. I am now, and, at all times relevant to this lawsuit have been, employed by Fleetwood Enterprises, Inc. (FEI) as its Assistant General Counsel. Fleetwood Enterprises, Inc. is a Delaware corporation, with its principal place of business in Riverside, California. Fleetwood Enterprises, Inc. is the parent company of Fleetwood Homes of Georgia, Inc. Fleetwood Homes of Georgia, Inc. (FHGI) is a Georgia corporation with its principal place of business in Georgia."

"According to records I have reviewed, FHGI was served with process in this action by

1


EXHIBIT C

certified mail on May 8, 2006, and FEI was served with process in this action by certified mail on May 10, 2006."

Further affiant says not.

*Todd J. Uhlick*
Todd J. Uhlick
Assistant General Counsel


STATE OF CALIFORNIA  )

COUNTY OF RIVERSIDE  )

Before me, the undersigned a Notary Public in and for State and County aforesaid, personally appeared Todd J. Uhlick, who is personally known to me and who, being by me first duly sworn doth depose and say that he signed the above affidavit and that it is true and correct to the best of his knowledge.

Done this the 1st day of June, 2006.

(SEAL)

TERI KAKHYA
Commission # 1448192
Notary Public - California
Riverside County
My Comm. Expires Oct 28, 2007

*Teri Kakhya*
NOTARY PUBLIC

My Commission Expires: Oct 28, 2007

2