IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

JAMES PERRY                              *

    Plaintiff,                         *

vs.                                      *     CASE NO.: CV-2006-45

FLEETWOOD ENTERPRISES, INC.,             *
FLEETWOOD HOMES OF GEORGIA,
INC., and Fictitious                     *
Defendants "A", "B", and "C",

    Defendants.                        *

## NOTICE OF REMOVAL

TO:  Wilbert M. Jernigan
     Clerk of the Circuit Court of Bullock County

There is hereby filed with you a copy of the Notice of Removal filed by the below named Defendants, by and through their undersigned counsel, in the case styled JAMES PERRY vs. FLEETWOOD ENTERPRISES, INC., FLEETWOOD HOMES OF GEORGIA, INC., and Fictitious Defendants "A", "B", and "C", Case Number CV-2006-45 which is designed to remove that action to the United States District Court for the Middle District of Alabama, Northern Division. This Notice of Removal was filed in the United States District Court for the Middle District of Alabama, Northern Division, on the 2 day of June, 2006.

Written notice of the filing of said Notice of Removal was given to the attorney of record for Plaintiff herein by

1


EXHIBIT D

service via United States Postal Service on the 2 day of June, 2006, and you are hereby notified that the filing of a copy of the aforesaid Notice with you as Clerk of the Circuit Court of Bullock County, Alabama, effects removal of said cause to the United States District Court for the Middle District of Alabama, Northern Division.

                                        /s/ David C. Hilyer
                                        JAMES H. CROSBY
                                        WINSTON W. EDWARDS (EDW023)
                                        DAVID C. HILYER (HIL051)
                                        Attorneys for Defendants

OF COUNSEL:
Crosby Saad, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695
Telephone: 251/476-3000
Facsimile: 251/776-5750
E-mail: jimcrosby@crosbysaad.com

Craddock Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064 Telephone
(334) 215-7843 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2 day of June, 2006, served a copy of the foregoing upon counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and first-class postage prepaid:

C. Lance Gould
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
**ATTORNEY FOR PLAINTIFF**

_____
OF COUNSEL