IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA~~RECEIVED~~
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PERRY | * | 2006 JUN -2 P 2: 45 |
| Plaintiff, | * | |
| vs. | * | CASE NO.: ~~CV 2006-~~ |
| | | 2:06CV502-SRW |
| FLEETWOOD ENTERPRISES, INC., | * | |
| FLEETWOOD HOMES OF GEORGIA, | | |
| INC., and Fictitious | * | |
| Defendants "A", "B", and "C", | | |
| | * | |
| Defendants. | | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to this Honorable Court's Order of January 14, 2000 to enable Judges and Magistrate Judges to avoid conflicts of interest, the undersigned counsel for Defendants, Fleetwood Enterprises, Inc. and Fleetwood Homes of Georgia, Inc., in the above captioned action, certify that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares to the public.

Fleetwood Enterprises, Inc.

DATED this the **2** day of June, 2006.

_____
JAMES H. CROSBY (CROSJ7501)
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendants
Fleetwood Enterprises, Inc.
Fleetwood Homes of Georgia, Inc.

OF COUNSEL:
Crosby Saad, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695
Telephone:  251/476-3000
Facsimile:  251/776-5750
E-mail: jimcrosby@crosbysaad.com

Craddock Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064 Telephone
(334) 215-7843 Facsimile
E-mail: wedwards@crdlawfirm.com
E-mail: dhilyer@crdlawfirm.com

## CERTIFICATE OF SERVICE

        I hereby certify that I have on this  2  day of June,
2006, served a copy of the foregoing upon counsel of record in
this proceeding by placing the same in the United States Mail,
properly addressed and first-class postage prepaid:

        C. Lance Gould
        Beasley, Allen, Crow,
        Methvin, Portis & Miles, P.C.
        Post Office Box 4160
        Montgomery, Alabama 36103
        **ATTORNEY FOR PLAINTIFF**

        _____
        OF COUNSEL