IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PERRY | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: 2:06-cv-00502-MEF |
| FLEETWOOD ENTERPRISES, INC., FLEETWOOD HOMES OF GEORGIA, INC., and Fictitious Defendants "A", "B", and "C", | * * | |
| Defendants. | * | |

### AFFIDAVIT OF TODD J. UHLICK

**STATE OF CALIFORNIA )**

**COUNTY OF RIVERSIDE )**

Before me, the undersigned authority, personally appeared Todd. J. Uhlick, being by me first duly sworn, doth depose and say as follows:

1. My name is Todd J. Uhlick. I am now, and, at all times relevant to this lawsuit have been, employed by Fleetwood Enterprises, Inc. (FEI) as its Assistant General Counsel. Fleetwood Enterprises, Inc. is a Delaware corporation, with its principal place of business in Riverside, California. Fleetwood Enterprises, Inc. is the parent company of Fleetwood Homes of Georgia, Inc. Fleetwood Homes of Georgia, Inc. (FHGI) is a Georgia corporation with its principal place of business in Georgia.

2. In my official capacity, I regularly review the manufacturing records of Fleetwood Homes of Georgia, Inc., a subsidiary company of Fleetwood Enterprises, Inc.

3. I have reviewed the unit information concerning the Fleetwood manufactured home purchased by the Plaintiff, James Perry. The date of completion of



the manufacture and/or assembly of the subject home manufactured by Fleetwood Homes of Georgia, Inc. is January 18, 2002 (01/18/2002). [Exhibit "1", Unit/Homeowner Inquiry]

    4.    I do certify that this record is produced in the normal course of business and is retrieved from an internal system established for the entry of data by Fleetwood Homes of Georgia, Inc., and which is an accurate representation of the date of completion of the manufacture and/or assembly of the subject home.

Further affiant says not.

*[signature]*
TODD J. UHLICK

STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

    Before me, the undersigned a Notary Public in and for State and County aforesaid, personally appeared Todd J. Uhlick, who is personally known to me and who, being by me first duly sworn doth depose and say that he signed the above affidavit and that it is true and correct to the best of his knowledge.

Done this the 30th day of June, 2006.

(SEAL)

TERI KAKHYA
Commission # 1448192
Notary Public - California
Riverside County
My Comm. Expires Oct 28, 2007

*[signature]*
NOTARY PUBLIC

My Commission Expires: Oct 28, 2007

```
MODE:F ACTION:                    Unit/Homeowner Inquiry          HSSUNTINQ/HSS340A-10
┌─────────────────────────────────────────────────┬─────────────────────────────────┐
│              Unit Information                   │ Homeowner Information           │
│ 01) Unit Serial No:  034-75049                  │ JAMES/SUSIE PERRY               │
│                                                 │ 2361 HARDWAY CHURCH RD          │
│ Product: AV  ANNIVERSARY                        │ UNION SPRINGS AL  36089         │
│ Model: 0764A                                    │                                 │
│ Model Yr: 2002   No. of Floors: 2               │ Mailing Address                 │
│ Completion Date: 01/18/2002 NHPD.perf/inv:Nn    │ 2361 HARDWAY CHURCH RD          │
│     Ship Date: 01/21/2002 HPP..perf/inv:Nn      │ UNION SPRINGS AL  36089         │
│     Retail Date: 05/08/2002                     │ H:(334)529-3377 W:              │
├──────────────────────┬──────────┬───────────────┴─────────────────────────────────┤
│              Totals  │ SellRtlr │ TIMBERLINE HOMES-CIRCLE                         │
│ Number of ROs:    8  │  800790  │ 5449 MONTGOMERY HWY.                            │
│ Trips/Home...:    8  │          │ DOTHAN AL  36303                                │
│ Cost, all ROs: 1,486.93                                                           │
├───────────────────────────────────────────────────────────────────────────────────┤
│ 02) Repair Orders     07) Contacts, oldest to most recent     12) Unit Info       │
│ 03) Problems          08) Contacts, most recent to oldest     13) Features        │
│ 04) Repairs           09) Comments:                                               │
│ 05) Parts             10) Decor                                                   │
│ 06) Accounts          11) Options                                                 │
└───────────────────────────────────────────────────────────────────────────────────┘
```

EXHIBIT
PENGAD 800-631-6989