IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PERRY, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: 2:06-cv-00502-MEF |
| FLEETWOOD ENTERPRISES, INC., FLEETWOOD HOMES OF GEORGIA, INC., and Fictitious Defendants "A", "B", and "C", | * * * | |
| Defendants. | | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendants, Fleetwood Enterprises, Inc. and Fleetwood Homes of Georgia, Inc., by and through the undersigned counsel of record in the above-styled case, notify this Court that on November 17, 2006, Defendants served counsel for all parties the following:

1. Initial Disclosures of Defendant Fleetwood Enterprises, Inc. and Fleetwood Homes of Georgia, Inc.

                                        s/ Hendrik S. Snow
                                        JAMES H. CROSBY (CRO026)
                                        DAVID F. WALKER (WAL127)
                                        HENDRIK S. SNOW (SNO013)
                                        WINSTON W. EDWARDS (EDW023)
                                        DAVID C. HILYER (HIL051)
                                        Attorneys for Defendants
                                        Fleetwood Enterprises, Inc.
                                        Fleetwood Homes of Georgia, Inc.

OF COUNSEL:
Crosby Saad, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695

Telephone:    (251) 476-3000
Facsimile:    (251) 776-5750
E-mail: jimcrosby@crosbysaad.com
       dwalker@crosbysaad.com
       hsnow@crosbysaad.com

Craddock Reneker & Davis, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
Telephone :    (334) 215-3064
Facsimile:    (334) 215-7843
E-mail: wedwards@crdlawfirm.com
       dhilyer@crdlawfirm.com

### CERTIFICATE OF SERVICE

    I hereby certify that on the 20[h] day of November, 2006, I served this Notice of Service of the foregoing Initial Disclosure on all counsel and/or parties by electronic filing on the CM/ECF system and having previously served the Initial Disclosures by placing them in the U.S. Mail, postage pre-paid to;

    C. Lance Gould, Esq.
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, Alabama 36103-4160
    Telephone:    (334) 269-2343
    Facsimile:    (334) 223-1218
    Email:    lance.gould@beasleyallen.com


                s/ David F. Walker_____
                David F. Walker