IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-502-MEF |
| | ) |
| FLEETWOOD ENTERPRISES, INC., | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Supplemental Brief In Support of Motion to Dismiss (Doc. #13) filed on January 29, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 6th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE