# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | J. MARK ENGLEHART ᵀˣ | *Attorneys at Law* | JOHN E. TOMLINSON | ᴬᶻ ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | CLINTON C. CARTER ᴬᴿ ᴷʸ ᴹˢ ᴹᴼ ᴾᴬ ᵀᴺ | | NAVAN WARD, JR. ᴹˢ | ᴬᴿ ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | BENJAMIN E. BAKER, JR. ᴳᴬ ᴷʸ ᴼᴷ ᵀᴺ ᴰᶜ | 218 COMMERCE STREET | WESLEY CHADWICK COOK | ᶠᴸ ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | DAVID B. BYRNE, III | POST OFFICE BOX 4160 | WILLIAM H. ROBERTSON, V | ᴳᴬ ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | TED G. MEADOWS ᴹᴺ ᴹˢ ᵀˣ ᴰᶜ ᵂⱽ | MONTGOMERY, ALABAMA | H. CLAY BARNETT, III ᴹˢ | ᴷʸ ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | GERALD B. TAYLOR, JR. ᶠᴸ ᴹˢ ᴵᴺ ᴵᴬ | 36103-4160 | | ᴸᴬ ALSO ADMITTED IN LOUISIANA |
| R. GRAHAM ESDALE, JR. | FRANK WOODSON | (334) 269-2343 | | ᴹᴺ ALSO ADMITTED IN MINNESOTA |
| JULIA ANNE BEASLEY | KENDALL C. DUNSON ᴳᴬ | | | ᴹˢ ALSO ADMITTED IN MISSISSIPPI |
| RHON E. JONES | SCARLETTE M. TULEY | TOLL FREE | OF COUNSEL: | ᴹᴼ ALSO ADMITTED IN MISSOURI |
| LABARRON N. BOONE | ROMAN ASHLEY SHAUL ᴬᴿ ᴸᴬ ᴹˢ ˢᶜ ᵀᴺ ᵂⱽ | (800) 898-2034 | ALYCE S. ROBERTSON | ᴺʸ ALSO ADMITTED IN NEW YORK |
| ANDY D. BIRCHFIELD, JR. | W. ROGER SMITH, III ᴬᶻ ᴹᴺ ᴹˢ ᵀᴺ ᵂⱽ | | RUSSELL T. ABNEY ᴺᴸᴵᴬ ᴳᴬ ᵀˣ | ᴼᴴ ALSO ADMITTED IN OHIO |
| RICHARD D. MORRISON ᴹˢ | P. LEIGH O'DELL | TELECOPIER | | ᴼᴷ ALSO ADMITTED IN OKLAHOMA |
| C. GIBSON VANCE | D. MICHAEL ANDREWS | (334) 954-7555 | | ᴾᴬ ALSO ADMITTED IN PENNSYLVANIA |
| J. P. SAWYER ᴹˢ ᴼᴴ | BENJAMIN L. LOCKLAR | | | ˢᶜ ALSO ADMITTED IN SOUTH CAROLINA |
| C. LANCE GOULD | LARRY A. GOLSTON, JR. ᶠᴸ ᴰᶜ | BEASLEYALLEN.COM | | ᵀᴺ ALSO ADMITTED IN TENNESSEE |
| JOSEPH H. AUGHTMAN | MELISSA A. PRICKETT | | | ᵀˣ ALSO ADMITTED IN TEXAS |
| DANA G. TAUNTON | | | | ᴰᶜ ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | | ᵂⱽ ALSO ADMITTED IN WEST VIRGINIA |
| | | | | ᴺᴸᴵᴬ NOT LICENSED IN ALABAMA |

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

July 9, 2007

James F. Crosby
Hendrick S. Snow,
CROSBY SAAB, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695

Winston Edwards
David Hilyer
CRADDOCK, DAVIS & KRAUSE, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106

  Re: **James Perry v. Fleetwood Homes**

Dear Gentlemen:

  We have received Defendants' Objections to Plaintiff's Interrogatories. Please provide responses to the Interrogatories and Request for Production within the next 10 days.

  Thank you for your attention to this matter.

            Very truly yours,

            BEASLEY, ALLEN, CROW, METHVIN,
            PORTIS & MILES, P.C.

            C. Lance Gould

CLG:kjb