IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:06cv502-MEF |
| | ) | |
| FLEETWOOD ENTERPRISES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the plaintiff's motion to compel filed on August 17, 2007, and

for good cause, it is

ORDERED that the motion be and hereby is DENIED pursuant to Federal Rules of

Civil Procedure 26(c) and 37(a)(2)(B) and ¶ 5 of the General Order of this court entered on

November 22, 1993.

The applicable provision of this court's General Order reads as follows:

The court will not consider any motion relating to discovery, such as a motion
to compel or a motion for protective order, unless the motion is accompanied
by a written certification that the moving party has made  reasonable good-
faith effort to reach agreement with opposing counsel on the matters set forth
in the motion.

Federal Rules of Civil Procedure 26(c) and 37(a)(2)(B), as amended on December 1,

1993, require litigants to seek to resolve discovery disputes by a good faith conference

before seeking court intervention.  Discovery motions filed pursuant to these Rules must be

<u>accompanied by a certification</u> that the movant has in good faith conferred or attempted to

confer with other affected parties in an effort to resolve the dispute without court action.

    DONE, this 17th day of August, 2007.


                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE