**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 5, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Perry v. Fleetwood Enterprises, Inc. et al

**Case Number:** 2:06cv00502-MEF

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include a proper certificate of good standing.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 23   filed on   December 03, 2007.**