IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES PERRY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:06-cv-00502-MEF |
| | * |
| FLEETWOOD ENTERPRISES, INC., et. al. | * |
| | * |
| Defendants. | * |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, C. Lance Gould, is a member in good standing of the bar of Alabama and admitted to practice before this Court, and respectfully moves this Court to permit the admission *pro hac vice* of Jon D. Pels, of the law firm of Pels, Anderson & Lee, L.L.C. The undersigned states as follows:

1.  Jon D. Pels is associated in this action with C. Lance Gould who is a member, in good standing of the Alabama Bar and this Court.

2.  In support of this Motion, movant respectfully refers the Court to the Affidavit of Jon D. Pels, attached hereto as Exhibit "A", demonstrating that he is licensed to practice law before the federal and state courts in the State of Maryland, Virginia, and District of Columbia.

/s/ C. Lance Gould
C. Lance Gould (ASB-0913-G66C)

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
272 Commerce Street
P. O. Box 4160
Montgomery, AL 36103
(334) 269-2343
(334) 954-7555 (fax)

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 3rd day of December.

                                      /s/ C. Lance Gould
                                      OF COUNSEL

James F. Crosby
Hendrick S. Snow
David Walker
CROSBY SAAB, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695

Winston Edwards
David Hilyer
CRADDOCK, RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL  36106

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES PERRY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * Case No.: 2:06-cv-00502-MEF |
| | * |
| **FLEETWOOD ENTERPRISES, INC., et. al.** | * |
| | * |
| **Defendants.** | * |

## AFFIDAVIT

Personally appeared before me, the undersigned authority of law in and for said State and County, the within named Jon D. Pels, who, having been by me first duly sworn, states on his oath as follows:

1. My name is Jon D. Pels and I am an adult, resident citizen of the State of Maryland. My business address is 4833 Rugby Avenue, Fourth Floor, Bethesda, Maryland 20814.

2. The name of the Court before which I desire to appear as counsel *pro hac vice* is the United States District Court for the Middle District of Alabama, Northern Division.

3. I have been admitted to practice law in the State of Maryland since 1993, the State of Virginia since 1996, and the District of Columbia since 1996, and I am currently licensed and in good standing to practice law in these states.

4. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted to practice and have not been the subject of disciplinary action by the Bar of Courts of any such jurisdiction during the preceding five (5) years.

5. I state unto the Court that I will continue to represent the Plaintiffs in this cause until a final determination is made in this cause and with reference to all matters incident to this cause, I consent to the jurisdiction of the Courts of the State of Alabama, the disciplinary tribunal of the Alabama State Bar, and the Alabama Board of Admissions in all respects, the same as if I were a regular admitted licensed member of the Alabama Bar.

6. I have been associated in the above-styled and numbered cause by C. Lance Gould, a member in good standing of the Alabama State Bar who joins in this affidavit.

Jon D. Pels (MD Bar Number 11883)

Sworn to and subscribed before me, this the 26 day of NOVEMBER, 2007.

NOTARY PUBLIC

My Commission Expires:



OFFICIAL SEAL
JUDITH S. LOWE
NOTARY PUBLIC - STATE OF MARYLAND
MONTGOMERY COUNTY
My Commission Expires Apr. 18, 2011

## JOINDER

By the signature attached hereto, C. Lance Gould, hereby certifies that Jon D. Pels has been associated by him in the above-styled and numbered cause.

C. Lance Gould (ASB-0913-G66C)

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1993,

### Jon D. Pels

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    *In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this ninth day of July, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES PERRY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:06-cv-00502-MEF |
| | * |
| FLEETWOOD ENTERPRISES, INC., et. al. | * |
| | * |
| Defendants. | * |

### ORDER ON PRO HAC VICE

Having received the Motion for Admission of Jon D. Pels to be specially admitted (*pro hac vice*) for the limited purpose of representation of the Plaintiff in the above-referenced matter, and finding the same to be in proper order, this Court hereby grants said motion.

Done this ____ day of _____, 2007.

_____
Honorable Mark E. Fuller

cc:   C. Lance Gould
      Jon D. Pels
      James F. Crosby
      Hendrick S. Snow
      Winston Edwards
      David Hilyer

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, JON DENNIS PELS, ESQUIRE, BAR NUMBER 11883, was duly admitted to practice in the United States District Court for the District of Maryland on January 14, 1994, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: December 4, 2007

*Tina Stavrou*
Tina Stavrou - Deputy Clerk