```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001396
Cashier ID: cstrecke
Transaction Date: 12/05/2007
Payer Name: BEASLEY ALLEN CROW METHVIN
----------------------------------------
PRO HOC VICE
 For: JON PELS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
----------------------------------------
CHECK
 Remitter: BEASLEY ALLEN
 Check/Money Order Num: 180795
 Amt Tendered:   $20.00
----------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```

DALM206CV000502-MEF

BEASLEY ALLEN

218 COMMERCE STREET

MONTGOMERY, AL  36104