IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JAMES PERRY,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CASE NO. 2:06-cv-502-MEF
                                    )
FLEETWOOD ENTERPRISES, INC.,        )
*et al.,*                           )
                                    )
        Defendants.                 )

## <u>O R D E R</u>

Upon consideration of the Motion for Admission of Jon D. Pels  Pro Hac Vice (Doc.

#23) filed on December 3, 2007 by , it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of December, 2007.


_____
                    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE