IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES PERRY, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: |
| FLEETWOOD ENTERPRISES, INC., | * | 2:06-cv-00502-MEF |
| FLEETWOOD HOMES OF GEORGIA, INC., and Fictitious | * | |
| Defendants "A", "B", and "C", | * | |
| Defendants. | | |

# UNNOPOSED MOTION FOR LEAVE
# TO AMEND SCHEDULING ORDER

Defendants Fleetwood Enterprises, Inc. and Fleetwood Homes of Georgia, Inc., (hereinafter "Fleetwood"), by and through their undersigned counsel, respectfully move this Court to amend the current Scheduling Order to extend the deadline for filing dispositive motions, on the following grounds:

1.  The Scheduling Order currently states a deadline of Monday, March 10, 2008 for the filing of all dispositive motions.

2.  The discovery deadline, however, is not until May 22, 2008, over two months later.

3.  Defendants need to conclude discovery before filing further dispositive motions. Defendants are not even in possession of expert reports from the plaintiff because that deadline has not yet been reached.

4.  Counsel for plaintiff does not oppose this motion.

WHEREFORE, Defendants request that the deadline for filing dispositive motions be extended from March 10, 2008 to June 13, 2008.

DATED this 7th day of March, 2008.

                Respectfully Submitted,

                s/ David Walker
                JAMES H. CROSBY (CRO026)
                DAVID F. WALKER (WALKD2617)
                Attorneys for Defendants
                Fleetwood Enterprises, Inc. and
                Fleetwood Homes of Georgia, Inc.

OF COUNSEL:
Crosby Saad, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695
Telephone: 251/476-3000
Facsimile: 251/776-5750
E-mail: jimcrosby@crosbysaad.com
E-mail: dwalker@crosbysaad.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have on this 7th day of March, 2008, served a true and correct copy of the above and foregoing instrument upon counsel of record in this proceeding by electronic service using the CM/ECF system and/or by placing the same in the United States Mail, properly addressed and first-class postage prepaid to the following party:

  C. Lance Gould, Esq.
  Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
  P.O. Box 4160
  Montgomery, Alabama 36103-4160
  Telephone: (334) 269-2343
  Facsimile: (334) 223-1218
  Email: lance.gould@beasleyallen.com


            <u>s/ David Walker</u>
            DAVID F. WALKER