IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES PERRY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:06-cv-00502-MEF |
| | * |
| **FLEETWOOD ENTERPRISES, INC., et. al.** | *    UNOPPOSED |
| | * |
| **Defendants.** | * |

## MOTION TO STAY-PENDING SETTLEMENT

**COMES NOW** Plaintiff, James Perry, and with consent of all parties, moves for a stay of this action pending the settlement, and as grounds therefore states as follows:

1. This case is one of several similar cases filed in this state and other states with regard to wallboard issues in manufactured housing.

2. A tentative settlement agreement has been reached in this and over 100 similar such matters.

3. The parties request a stay of ninety (90) days in order to consummate the settlement and obtain signatures on the settlement documentation and releases.

4. The parties represent to the Court that should this case not settle, counsel will provide to the Court on or before the expiration of the ninety (90) day period a joint proposed scheduling order, resetting all existing deadlines previously set by this Court.

5. No party will be prejudiced by the stay of this case and all deadlines, including a continuation of the trial setting if the case does not settle.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that this case will be stayed for ninety (90) days, pending settlement, and for such and other different relief as is just.

       /s/ C. Lance Gould  
       C. Lance Gould (ASB-0913-G66C)

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,  
PORTIS & MILES, P.C.  
272 Commerce Street  
P. O. Box 4160  
Montgomery, AL  36103  
(334) 269-2343  
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 8th day of April, 2008.

       /s/ C. Lance Gould  
       OF COUNSEL

James F. Crosby  
Hendrick S. Snow  
David Walker  
CROSBY SAAB, LLC  
6404 Hillcrest Park Court  
Mobile, Alabama 36695

Winston Edwards  
David Hilyer  
CRADDOCK, RENEKER & DAVIS, LLP  
4142 Carmichael Road, Suite C  
Montgomery, AL  36106