IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-502-MEF |
| | ) |
| FLEETWOOD ENTERPRISES, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

In accordance with this Court's April 10, 2008 Order (Doc. # 31), it is hereby ORDERED that Jury Selection and Jury Trial, currently set on July 14, 2008, and the Pretrial Conference, currently set on June 5, 2008, are continued generally until further order of this Court.

DONE this 22nd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE