**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JAMES PERRY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * **Case No.: 2:06-cv-00502-MEF** |
| | * |
| **FLEETWOOD ENTERPRISES, INC., et. al.** | *    **UNOPPOSED** |
| | * |
| **Defendants.** | * |

**JOINT STATUS REPORT**

**COMES NOW** the Plaintiff and Defendants in the above matter, by and through counsel and provides the following as the Joint Status Report:

1.    The parties have reached a firm settlement in the above matter and are in process of executing the Settlement Agreement and circulating the General Release.

2.    It is expected that the above can be accomplished within the next thirty (30) to sixty (60) days.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray that the case be stayed an additional thirty (30) to sixty (60) days with the understanding the parties will immediately dismiss the case once the settlement is consummated, and for such other and different relief as is just.

Respectfully submitted,

/s/ C. Lance Gould
C. Lance Gould (ASB-0913-G66C)

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
272 Commerce Street
P. O. Box 4160
Montgomery, AL  36103
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 7th day of July 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

James F. Crosby
Hendrick S. Snow
David Walker
CROSBY SAAB, LLC
6404 Hillcrest Park Court
Mobile, Alabama 36695

Winston Edwards
David Hilyer
CRADDOCK, RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL  36106

/s/ C. Lance Gould
OF COUNSEL

2